IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN CLARK, SOFIA MONTANO, | |
| Plaintiffs, | 1:19cv0301 Erie<br>LEAD CASE |
| v. | |
| MCCORMICK & COMPANY, INC., DOES 1-5, | |
| Defendants. | |
| KAREN CLARK,<br>ERNEST MCCULLOUGH, | |
| Plaintiffs, | 1:19cv302 Erie<br>MEMBER CASE |
| v. | |
| NUTRIBULLET, LLC, CAPITAL BRANDS, LLC, DOES 1-5, | |
| Defendants. | |
| KAREN CLARK, SOFIA MONTANO, | |
| Plaintiffs, | 1:19cv303 Erie<br>MEMBER CASE |
| v. | |
| ARTEZA, INC., | |
| Defendant. | |

KAREN CLARK, SOFIA MONTANO,

        Plaintiffs,                          1:19cv305 Erie
                                                    MEMBER CASE

                v.

BURST.USA INC.,

        Defendant.

KAREN CLARK, BARBARA BLEJEWSKI,

        Plaintiffs,                          1:19cv306 Erie
                                                      MEMBER CASE

                v.

FLOYD, INC., DOES 1-5,

        Defendants.

KAREN BLACHOWICZ, KAREN CLARK,

        Plaintiffs,                          1:19cv0308 Erie
                                                      MEMBER CASE

                v.

HELLO PRODUCTS, LLC,

        Defendant.

IAN FOLEY, KAREN CLARK,

        Plaintiffs,                          1:19cv0309 Erie
                                                      MEMBER CASE

                v.

DC INTERNATIONAL, INC
*d/b/a COVERSTORE.COM,*
*d/b/a* COVERSTORE.COM,

        Defendant.

KAREN CLARK,

        Plaintiff,                           1:19cv0311 Erie
                                                        MEMBER CASE

        v.

SPECTRUM BRANDS, INC., DOES 1-5,

        Defendants.

KAREN CLARK,

        Plaintiff,                           1:19cv0312 Erie
                                                        MEMBER CASE

        v.

MINNETONKA MOCCASIN COMPANY, INC.,

        Defendant.

KAREN CLARK,

        Plaintiff,                           1:19cv0314 Erie
                                                        MEMBER CASE

        v.

JUMPER PREMIUM THREADS LLC,

        Defendant.

ARNOLD VARGAS, KAREN CLARK,

        Plaintiffs,                           1:19cv0315 Erie
                                                        MEMBER CASE

        v.

UNITED STATES LUGGAGE COMPANY, LLC *doing business as* BRIGGS & RILEY, DOES 1-5,

        Defendants.

| | |
|---|---|
| ANNE WEST, KAREN CLARK, | |
| Plaintiffs, | 1:19cv0316 Erie |
| v. | MEMBER CASE |
| ANNIE SELKE LLC, DOES 1-5, | |
| Defendants. | |
| KAREN CLARK, JULIAN VARGAS, | |
| Plaintiffs, | 1:19cv0317 Erie |
| v. | MEMBER CASE |
| THE SWISS COLONY, LLC, SWISS COLONY RETAIL BRANDS, DOES 1-5, | |
| Defendants. | |
| ANTOINETTE SUCHENKO, TOM BROWN, | |
| Plaintiffs, | 19cv1349 |
| v. | MEMBER CASE |
| KANSAS CITY STEAK COMPANY, LLC, | |
| Defendant. | |
| TOM BROWN, ERIK GATHERS, | |
| Plaintiffs, | 19cv1365 |
| v. | MEMBER CASE |
| BISTRO MD, LLC, DOES 1-5, | |
| Defendants. | |

TOM BROWN,

        Plaintiff,                              19cv1371
                                                MEMBER CASE

        v.

WOODLAND DIRECT, INC., DOES *1-5*,

        Defendants.

---

TOM BROWN, MARK GROSS,

        Plaintiffs,

        v.                                      19cv1393
                                              MEMBER CASE

OLYMPIA INTERNATIONAL, INC.,
DOES 1-5,

        Defendants.

---

TOM BROWN, SAMUEL WILSON,

        Plaintiffs,                          19cv1394
                                              MEMBER CASE

        v.

TAYLOR MADE GOLF COMPANY, INC.,
DOES 1-5,

        Defendants.

---

TOM BROWN, DEMIELI WRIGHT,

        Plaintiffs,                          19cv1395
                                              MEMBER CASE

        v.

ACUSHNET HOLDINGS CORP.,
ACUSHNET COMPANY, DOES 1-5,

        Defendants.

TERA DONAHUE, TOM BROWN,

    Plaintiffs,                  19cv1397
                                          MEMBER CASE

        v.

AVOCADO MATTRESS, LLC,

    Defendant.

TOM BROWN,

    Plaintiff,                   19cv1405
                                          MEMBER CASE

        v.

BROTHER INTERNATIONAL
CORPORATION,

    Defendant.

## ORDER OF COURT

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1.     Civil Action Nos. 19-302 Erie, 19-303 Erie, 19-305 Erie, 19-306 Erie, 19-308 Erie, 19-309 Erie, 19-311 Erie, 19-312 Erie, 19-314 Erie, 19-315 Erie, 19-316 Erie, 19-317 Erie, 19-1349, 19-1365, 19-1371, 19-1393, 19-1394, 19-1395, 19-1397, and 19-1405, are hereby consolidated with Civil Action No. 19-301 Erie, the lead case as captioned above.

2.     All pleading, motions, and other papers hereafter filed shall be filed at Civil Action No. 19-301 Erie.

3. The Clerk of Court shall close Civil Action Nos. 19-302 Erie, 19-303 Erie, 19-305 Erie, 19-306 Erie, 19-308 Erie, 19-309 Erie, 19-311 Erie, 19-312 Erie, 19-314 Erie, 19-315 Erie, 19-316 Erie, 19-317 Erie, 19-1349, 19-1365, 19-1371, 19-1393, 19-1394, 19-1395, 19-1397, and 19-1405.

**SO ORDERED** this 18th day of November, 2019.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge